# Court of Appeals
# of the State of Georgia

ATLANTA,   September 18, 201

*The Court of Appeals hereby passes the following order:*

**A14A2050. BRYANT v. SWEET DREAMS NURSE ANESTHESIA, INC.**

Sweet Dreams Nurse Anesthesia, Inc. initiated this litigation against Anthony Bryant by filing a demand for arbitration, claiming that Bryant breached a contract for professional services and tortiously damaged its business relations. Bryant moved in the Superior Court of Pierce County for a stay of arbitration, arguing, inter alia, that the arbitration clause of the parties' agreement is not enforceable. The trial court denied the motion to stay, and Bryant filed a notice of appeal on May 2, 2014.

Now before this Court is Sweet Dreams' motion to dismiss this appeal as moot. Sweet Dreams shows that on July 17, 2014, the American Arbitration Association terminated the arbitration proceedings based on its finding that the parties had not paid costs and fees pursuant to its rules. In his appellate brief, filed July 31, 2014, Bryant concedes that he received notice of the termination of the arbitration. Further, he concedes that his appeal of the denial of his motion to stay the arbitration has been rendered moot by the termination of the arbitration. He contends that his appeal should not be dismissed, however, because the trial court's error is capable of repetition yet evades review.

Inasmuch as Sweet Dreams states that it will not file a new demand for arbitration, there will be no occasion for the trial court to repeat the alleged error. Moreover, even if Sweet Dreams initiates new arbitration proceedings, Bryant again moves to stay them, and the trial court again denies the motion to stay, Bryant has not shown that he would be precluded from seeking appellate review of such ruling.

For the foregoing reasons, Sweet Dreams' motion to dismiss this appeal as moot is hereby GRANTED.



*Court of Appeals of the State of Georgia*
　　　*Clerk's Office, Atlanta,* 09/18/2014
　　　*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
　　　*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*